IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOTO DELGADO CANDELARIO,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW WHITAKER et al.,<br><br>Respondents. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:19-CV-52-RJS<br><br>District Judge Robert J. Shelby |

Plaintiff filed a federal habeas-corpus petition and applied to proceed *in forma pauperis*. However, Plaintiff has not obeyed the Court's February 1, 2019 order to file within thirty days "a certified copy of Petitioner's inmate trust fund account statements for the six months immediately preceding the submission of the petition and the warden's certificate." (Doc. No. 2.) The Court has not heard from Petitioner since he submitted his petition on January 23, 2019.

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is administratively CLOSED, the petition never having been filed.

DATED this 11th day of April, 2019.

BY THE COURT:

CHIEF JUDGE ROBERT J. SHELBY
United States District Court